

1200 Main Street, Suite 2200, Kansas City, Missouri 64105-2159
816.471.2121  816.472.0288 fax
bakersterchi.com

**Kevin D. Brooks**
kbrooks@bakersterchi.com
816.423-5300

June 14, 2023

**VIA CM/ECF**
The Honorable Greg Kays
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Re: *LDN, LLC v. United National Insurance Co.*
Case No.: 4:22-CV-00232-DGK

Dear Judge Kays:

Our firm represents Defendant United National Insurance Company in this matter. We write to inform you that the parties recently mediated the case and reached a confidential settlement of all claims. The parties are finalizing the formal settlement agreement and will file a stipulation of dismissal with the Court as soon as the settlement is completed. If you have any questions, please let us know.

Very truly yours,

Kevin D. Brooks

KDB/jm

cc: All Counsel of Record via CM/ECF